# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIE ADAMS AND VIVIAN ADAMS** | § | |
|     *Plaintiffs* | § | |
| **VS.** | § | **CIVIL ACTION NO.: 3:24-CV-0358-D** |
| | § | |
| **STATE FARM LLOYDS** | § | |
|     *Defendant.* | § | |

## ORDER

On September 15, 2025, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 16, 2025.

                                                  SIDNEY A. FITZWATER
                                                  SENIOR JUDGE

97449021.v1